IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NANCY TRAVER-MUSSELMAN,

    Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                        Case No. 12-cv-423

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying plaintiff Nancy Traver-Musselman's application for disability benefits is reversed and the case is remanded pursuant to sentence four of U.S.C. §405 (g).

                          s/Peter Oppeneer                          3/14/2014
                  Peter Oppeneer, Clerk of Court                      Date